UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES B. CULPEPPER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DERRYL G. ADAMS, Warden,<br><br>　　　　Respondent. | No. ED CV 09-1909-SJO (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. The Petition is denied and dismissed without prejudice.

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 8, 2009

　　　　　　　　　　　　　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE