# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES B. CULPEPPER, | No. ED CV 09-1909-SJO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DERRYL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: December 8, 2009

_S. James Otero_
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE